UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

8/2/2005

C.A. No.:
Bankruptcy Case No.: **02-11125 (KJC)**
Appeal No.: **05-48**

Bankruptcy Appeal Transmittal Sheet

Name of Appellant(s): **Pacific Dunlop Holdings (USA), Inc., Pacific Dunlop Holdings (Europe) Limited, P.D. International Pty Limited, Pacific Dunlop Holdings (Hong Kong) Limited and Pacific Dunlop Holdings (Singapore) PTE. Ltd. (collectively, the "Pacific Dunlop Holdings Entities")**

Counsel for Appellant(s): **Brett D. Fallon, Esquire**
**Douglas N. Candeub, Esquire**
**Morris, James, Hitchens & Williams LLP**
**222 Delaware Avenue, 10th Floor**
**P.O. Box 2306**
**Wilmington, DE 19899**
**(302) 888-6800**

and

**Linda Woolf, Esquire**
**Paula Krahn Merkle, Esquire**
**Goodell, Devries, Leech & Dann, LLP**
**One South Street, 20th Floor**
**Baltimore, MD 21202**
**(410) 783-4000**

Name of Debtor: **Exide Technologies**

Counsel for Debtor: **Laura Davis Jones, Esquire**
**Pachulski, Stang, Ziehl, Young, Jones & Weintraub PC**
**919 North Market Street, 16th Floor**
**P.O. Box 8705**
**Wilmington, DE 19899-8705**
**(302) 652-4100**

Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
(202) 457-6000

And

Matthew N. Kleiman, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

Enclosed Items:

Notice of Appeal #05-48:  (Docket #5123)

Amended Notice of Appeal #05-48: (Docket #5125)

Appealed Order:  (Docket #5104)

Appealed Order:  (Docket #5103)

Appealed Order:  (Docket #3325)

Contested Matter: (Docket #3293)

Appellants Designation of Record on Appeal:  (Docket # 5129)

Appellees Designation: None

Transmittal letter: (Docket #5160)