IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 02-11125 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## AMENDED NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Pacific Dunlop Holdings (USA), Inc., Pacific Dunlop Holdings (Europe) Limited, P.D. International Pty Limited, Pacific Dunlop Holdings (Hong Kong) Limited and Pacific Dunlop Holdings (Singapore) PTE. Ltd. (collectively, the "Pacific Dunlop Holdings Entities"), by their undersigned counsel, hereby appeal, under 28 U.S.C. § 158(a), Fed. R. Bankr. P. 8001 and 8002 and Del. Bankr. LR 8001-1, the following orders of U.S. Bankruptcy Judge Kevin J. Carey, to the United States District Court for the District of Delaware:

(i) The Bankruptcy Court's Order Denying Motion of Pacific Dunlop Holdings Entities for Reconsideration of Order Denying Their Motion to Remand or for Abstention and Stay Relief, and Dismissing Their Causes of Action Against the Non-Debtor, Foreign Exide Entities. (the "Order Denying Motion for Reconsideration"), entered in this case and contested matter on June 20, 2005 (docket no. 5104), and from

(ii) Memorandum Denying Motion of Pacific Dunlop Holdings Entities for Reconsideration of Order Denying Their Motion to Remand or for Abstention and Stay Relief,

---

[1] The Debtors in these proceedings are: Exide Technologies, Inc., f/k/a Exide Corporation; Exide Delaware, L.L.C.; Exide Illinois, Inc.; RBD Liquidation, L.L.C.; Dixie Metals Company; and Refined Metals Corporation.

1246960/2                                                1

and Dismissing Their Causes of Action Against the Non-Debtor, Foreign Exide Entities, entered in this case and contested matter on June 20, 2005 (docket no. 5103), and from

(iii) The Bankruptcy Court's Order Denying Motion of Pacific Dunlop Holdings (USA), Inc., Pacific Dunlop Holdings (Europe) Limited, P.D. International PTY Limited, Pacific Dunlop Holdings (Hong Kong) Limited and Pacific Dunlop Holdings (Singapore) PTE, Ltd for Remand of State Law Action or, In the Alternative, for Abstention and for an Order Granting Relief from the Automatic Stay to Proceed to Liquidate Claim in State Court (the "Order Denying Motion for Remand or Stay Relief"), entered in this case and contested matter on December 15, 2003 (docket no. 3325), and from

(iv) The Finding articulated in the Transcript of Motions Hearing Before the Honorable Kevin J. Carey, United States Bankruptcy Judge, November 19, 2003, entered in this case and contested matter on December 8, 2003 (docket no. 3293).

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

1. Counsel for the debtors, Exide Technologies, Inc. f/k/a Exide Corporation; Exide Delaware, L.L.C.; Exide Illinois, Inc.; RBD Liquidation, L.L.C.; Dixie Metals Company; and Refined Metals Corporation, are:

| | |
|---|---|
| Benjamin Chew, Esquire<br>Andrew Zimmitti, Esquire<br>Patton Boggs LLP<br>2550 M. Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br>(Counsel to Debtors) | Matthew N. Kleiman, Esquire<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>(312) 861-2000<br>(Counsel to Debtors) |

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100
(Counsel to Debtors)

    2. Counsel for appellants, Pacific Dunlop Holdings (USA), Inc., Pacific Dunlop Holdings (Europe) Limited, P.D. International Pty Limited, Pacific Dunlop Holdings (Hong Kong) Limited and Pacific Dunlop Holdings (Singapore) PTE. Ltd., are:

| | |
|---|---|
| Brett D. Fallon, Esquire | Linda Woolf, Esquire |
| Douglas N. Candeub, Esquire | Paula Krahn Merkle, Esquire |
| Morris, James, Hitchens & Williams LLP | Goodell, Devries, Leech & Dann, LLP |
| 222 Delaware Avenue, 10th Floor | One South Street, 20th Floor |
| P.O. Box 2306 | Baltimore, Maryland 21202 |
| Wilmington, Delaware 19899 | (410) 783-4000 |
| (302) 888-6800 | (Counsel for appellants) |
| (Counsel for appellants) | |

    3. Counsel for the Office of the U.S. Trustee is:

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(Attorney for U.S. Trustee)

                              Respectfully submitted,

Dated: June 30, 2005          MORRIS, JAMES, HITCHENS & WILLIAMS LLP

                              /s/ Brett D. Fallon
                              Brett D. Fallon (ID No. 2480)
                              Douglas N. Candeub (ID No. 4211)
                              222 Delaware Avenue, 10th Floor
                              P.O. Box 2306
                              Wilmington, Delaware 19899
                              Telephone: (302) 888-6800
                              Facsimile: (302) 571-1750
                              Email: bfallon@morrisjames.com
                              Email: dcandeub@morrisjames.com

-and-

Linda Woolf, Esquire
Paula Krahn Merkle, Esquire
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 783-4000
Facsimile: (410) 783-4040
Attorneys for the Pacific Dunlop Holdings Entities

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, et al., | ) | Case No. 02-11125 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE     :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 30, 2005, I caused service of the following:

### AMENDED NOTICE OF APPEAL

Service was completed upon parties on the attached list as indicated thereon.

Date: June 30, 2005

_____
William Weller

SWORN AND SUBSCRIBED before me this 30th day of June, 2005.

_____
NOTARY

My commission expires: _____

ELLEN J. ZICKEFOOSE
Notary Public - State of Delaware
My Comm. Expires Feb. 21, 2007

**VIA HAND DELIVERY**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
 Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel to Debtors)

Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
(U.S. Trustee)

Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(Counsel to Prepetition Secured Lenders)

David B. Stratton, Esquire
David M. Fournier, Esquire
Pepper Hamilton LLP
1201 Market Street, Suite 1600
Wilmington, DE 19899-1709
(Counsel to the Official Committee of
Unsecured Creditors)

**VIA FIRST CLASS MAIL**

Matthew N. Kleiman, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601
(Counsel to Debtors)

Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, NY 10022
(Counsel to Official Committee of
 Unsecured Creditors)

Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
(Counsel to Debtors)