IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, et al.[12] | ) | Case No. 02-11125 (KJC) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

### ORDER

AND NOW, this 16th day of June, 2005, upon consideration of the Motion of Pacific Dunlop Holdings Entities for Reconsideration of Order Denying their Motion to Remand or for Abstention and Stay Relief, and Dismissing their Causes of Action against the Non-Debtor, Foreign Exide Entities (docket no. 3385)(the "Reconsideration Motion"), and the Debtor's opposition thereto, and for the reasons given in the accompanying Memorandum, it is hereby **ORDERED AND DECREED** that the Reconsideration Motion is **DENIED**.

BY THE COURT:

_____
KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

---

[12] The reorganized debtors in these proceedings are: Exide Technologies, f/k/a Exide Corporation; Exide Delaware, L.L.C.; Exide Illinois, Inc.; RBD Liquidation, L.L.C.; Dixie Metals Company; and Refined Metals Corporation.

Copies to:

Benjamin G. Chew, Esquire
Patton Boggs, LLP
2550 M Street, N.W.
Washington, D.C. 20037

James E. O'Neill, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub, P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Brett Fallon, Esquire
Douglas N. Candeub, Esquire
Morris, James, Hitchens & Williams, LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Paula Krahn Merkle, Esquire
Goodell, DeVries, Leech & Dann, LLP
One South Street, 10th Floor
Baltimore, MD 21202

Matthew N. Kleinman, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601