IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM # 4**

IN RE: Exide Technologies Inc et al

|  |  |  |
|---|---|---|
| Pacific Dunlop Holdings (USA) Inc. et al | ) | |
| Appellant | ) | Civil Action No. 05-561 |
| v. | ) | |
| Foreign Exide Entities | ) | |
| Appellee | ) | Bankruptcy Case No. 02-11125 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/20/05, 12/15/03 and 12/8/03 was docketed in the District Court on 8/3/05:

    (i) Order Denying Motion for Reconsideration
    (ii) Memorandum Denying Motion for Reconsideration
    (iii) Order Denying Motion for Remand of State Law Action
    (iv) Findings articulated in the Transcript of Motions Hearing of 11/19/03

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                Peter T. Dalleo
                                                Clerk of Court

Date:   August 3, 2005

To:     U.S. Bankruptcy Court
        Counsel