IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>EXIDE TECHNOLOGIES, INC., *et al.*<br><br>Debtors. | C.A. No. 05-561<br><br>Chapter 11<br>Bankruptcy Case No. 02-11125 (KJC) |

## NOTICE OF COMPLETION OF MEDIATION

**PLEASE TAKE NOTICE** that, I, Vincent J. Poppiti, was appointed to serve as mediator for the parties to the captioned appeal. On November 3, 2005, I conducted a mediation session and the case did not settle. The parties are prepared to proceed with the appeal.

**PLEASE TAKE FURTHER NOTICE** that the appeal, including briefing, has been held in abeyance pending the mediation. Accordingly, it is now appropriate for the Clerk to advise the parties of the briefing schedule.

Dated: December 16, 2005

BLANK ROME LLP

Vincent J. Poppiti (DSBA No. 100614)
1201 N. Market Street, Suite 800
Wilmington, DE 19801
(302) 425-6410

Court Appointed Mediator

063250.00979/40158611v.1