IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>EXIDE TECHNOLOGIES, INC.,<br>et al.,<br><br>        Debtors. | ) Chapter 11<br>)<br>) Bk. No. 02-11125(KJC)<br>)<br>) |
| PACIFIC DUNLOP HOLDINGS (USA)<br>INC., et al.,<br><br>        Appellants,<br><br>    v.<br><br>FOREIGN EXIDE ENTITIES,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-561-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this _dd_ day of January, 2006, having received notice that the parties were unable to resolve their differences through mediation (D.I. 5);

IT IS ORDERED that briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellants' brief in support of its appeal is due on or before **February 6, 2006**.

2. Appellee's brief in opposition to the appeal is due on or before **March 6, 2006**.

3. Appellants' reply brief is due on or before **March 20, 2006**.

                                                                                                                     _/s/ Sue L. Robinson_
                                                        United States District Judge