IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. Case No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, INC., *et al.*,[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| PACIFIC DUNLOP HOLDINGS | ) | |
| (USA) INC., *et al.* | ) | |
| | ) | Civ. No. 05-561-SLR |
| Appellant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**

IT IS HEREBY STIPULATED AND AGREED this 3rd day of February, 2006, by and between the respective undersigned counsel of Pacific Dunlop Holdings (USA), Inc., Pacific Dunlop Holdings (Europe) Limited, P.D. International Pty Limited, Pacific Dunlop Holdings (Hong Kong) Limited and Pacific Dunlop Holdings (Singapore) PTE. Ltd. (collectively, "Appellants") and the Debtors, Exide Technologies, Inc., et al. ("Appellees"), as follows:

The briefing schedule in this bankruptcy appeal, set forth in the Court's Order dated January 2, 2006 (D.I. 6), shall be extended as follows:

1. Appellants' brief is due on or before February 13, 2006;

---

[1] The Debtors in these proceedings are: Exide Technologies, Inc., f/k/a Exide Corporation; Exide Delaware, L.L.C.; Exide Illinois, Inc.; RBD Liquidation, L.L.C.; Dixie Metals Company; and Refined Metals Corporation.

2. Appellees' brief in opposition to the appeal is due on or before March 13, 2006; and;

3. Appellants' reply brief is due on or before March 27, 2006.

| MORRIS, JAMES, HITCHENS & WILLIAMS LLP | PACHULSKI, STANG, ZIEHL, YOUNG, JONES & WEINTRAUB P.C. |
|---|---|
| /s/ Carl N. Kunz, III, Esquire (#3201) Douglas N. Candeub, Esquire (#4211) 222 Delaware Avenue, 10th Floor Wilmington, DE 19801 Telephone: (302) 888-6800 Email: bfallon@morrisjames.com Email: dcandeub@morrisjames.com | /s/ #3201 (with permission) Laura Davis Jones, Esquire 919 North Market Street, 16th Floor P.O. Box 8705 Wilmington, DE 19899-8705 Telephone: (302) 652-4100 Email: ljones@pszyjw.com |

-and-

Linda Woolf, Esquire
Paula Krahn Merkle, Esquire
Goodell, Devries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Telephone: (410) 783-4000
*Attorney for Appellants,*
*Pacific Dunlop Holdings (USA), Inc., et al.*

-and-

Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, N.W.
Washington, DC 20037
Telephone: (202) 457-6000
Email: bchewi@pattonboggs.com
Email: azimmitti@pattonboggs.com
*Attorneys for Appellees,*
*Exide Technologies, Inc., et al.*

SO ORDERED this ____ day of _____, 2006.

_____
The Honorable Sue L. Robinson,
United States District Judge