IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, et al., | ) | Case No. 02-11125 (KJC) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

| | | |
|---|---|---|
| PACIFIC DUNLOP HOLDINGS | ) | |
| (USA) INC., et al., | ) | Civ. No. 05-561-SLR |
| | ) | |
| Appellant, | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, INC., et al., | ) | |
| | ) | |
| Appellees. | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris, James, Hitchens & Williams LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on February 3, 2006, I caused service of the following:

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE

Service was completed upon parties on the attached list as indicated thereon.

Date: February 3, 2006

_____
William Weller

SWORN AND SUBSCRIBED before me this 3rd day of February, 2006

_____
NOTARY

My commission expires: _____
**KRISTEN E. LIZZANO**
**Notary Public - State of Delaware**
**My Comm. Expires Mar. 22, 2007**

WWW/106873-0001/1345896/1

**VIA HAND DELIVERY**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
 Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(Attorneys for Appellees,
Exide Technologies, Inc., et al.)

**VIA FIRST CLASS MAIL**

Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
(Attorneys for Appellees,
Exide Technologies, Inc., et al.)