IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EXIDE TECHNOLOGIES, et al. ) | Bk. Case No. 02-11125 (KJC) |
| ) | |
| Reorganized Debtors. ) | |
| ) | |
| PACIFIC DUNLOP HOLDINGS (USA) INC., et al. ) | |
| ) | |
| Appellants, ) | |
| ) | Civ. Case No. 05-561 (SLR) |
| v. ) | |
| ) | |
| EXIDE TECHNOLOGIES, et al., ) | |
| ) | |
| Appellees. ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Andrew Zimmitti of Patton Boggs LLP, 2550 M Street, N.W., Washington, D.C. 20037, to represent the appellees, in this action.

Dated: February 10, 2006

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4024)
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

25014-007\DOCS_DE:115210.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and am admitted to practice in the United States District Court for the District of Columbia; and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

_____
Andrew Zimmitti
Patton Boggs LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: azimmitti@pattonboggs.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____

_____
Honorable Sue L. Robinson
United States District Court Judge