IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, et al. | ) | Bk. Case No. 02-11125 (KJC) |
| | ) | |
| Reorganized Debtors. | ) | |
| | ) | |
| PACIFIC DUNLOP HOLDINGS (USA) INC., et al. | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | Civ. Case No. 05-561 (SLR) |
| v. | ) | |
| | ) | |
| EXIDE TECHNOLOGIES, et al., | ) | |
| | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the _10_ day of February, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Motion and Order for Admission Pro Hac Vice for Andrew Zimmitti**

James E. O'Neill (Bar No. 4042)

**Exide Technologies 2002 Service List**
Case No. 02-11125 (KJC)
Document No. 62730
029 – Hand Delivery
007 – Overnight Delivery
167 – First Class Mail
001 – Foreign First Class Mail

(Counsel to Reorganized Debtor)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
Wilmington, DE  19801

**Hand Delivery**
(Copy Service)
Vito I. DiMaio
Parcels, Inc.
4 East Seventh Street
Wilmington, DE  19801

**Hand Delivery**
(U.S. Trustee)
Mark Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, DE  19801

**Hand Delivery**
(U.S. Attorney)
Ellen W. Slights, Esquire
U.S. Attorneys Office
The Nemours Building
1007 North Orange Street, Suite 700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Prepetition Secured Lenders, Credit Suisse First Boston)
Mark D. Collins, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

**Hand Delivery**
(Counsel to the Post Confirmation Committee of Unsecured Creditors)
David B. Stratton, Esquire
David M. Fournier, Esquire
Pepper Hamilton LLP
1313 Market Street, Suite 5100
Wilmington, DE  19801

**Hand Delivery**
(Counsel to M Credit, Inc., f/k/a Transamerica Business Credit Corporation)
Charles J. Brown, Esquire
Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
300 Delaware Avenue
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Grafika Commercial Printing, Inc.)
Joseph H. Huston, Jr., Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to BTM Capital Corporation; Ford Motor Company)
Karen C. Bifferato, Esquire
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Finova Capital Corporation)
William J. Burnett, Esquire
Blank Rome Comisky & McCauley, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Post Petition Secured Lenders, Citicorp USA, Inc.)
Richard S. Cobb, Esquire
Landis Rath & Cobb LLP
919 North Market Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Seventh Avenue Investment Co.)
William Bowden, Esquire
Ashby &Geddes
222 Delaware Avenue, 17th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Cypress Gas Pipeline, LLC)
Eric D. Schwartz, Esquire
Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Enterprise Products Company)
Michael G. Busenkell, Esquire
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Deere Credit)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE  19801

**Hand Delivery**
(Counsel to United Steelworkers of America)
Henry A. Heiman, Esquire
Susan E. Kaufman, Esquire
Heiman, Aber, Goldlust & Baker
702 King Street, Suite 600
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Entact, Inc.)
Jami B. Nimeroff, Esquire
Buchanan Ingersoll P.C.
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Daramic, Inc.)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 North Orange Street, Suite 400
Wilmington, DE  19801

**Hand Delivery**
(Counsel to San Diego Gas and Electric Company; and Southern California Gas Company)
William D. Sullivan, Esquire
Elzufon, Austin, Reardon, Tarlov & Mondell, P.A.
300 Delaware Avenue, Suite 1700
Wilmington, DE  19801

**Hand Delivery**
(Counsel to American Electric Power, Detroit Edison Company, Metropolitan Edison Company, First Energy Company, Georgia Power Company, TXU Gas, TXU Energy, Reliant Energy)
John D. Demmy, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market St., 7th Floor
Wilmington, DE  19801

**Hand Delivery**
(Counsel to PCI Membrane Systems, Inc.)
Michael D. DeBaecke, Esquire
Jason Staib, Esquire
Blank Rome Comisky & McCauley, LLP
Chase Manhattan Centre
1201 Market Street, Suite 800
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Johnson Controls, Inc.)
Richard W. Riley, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Certain Personal Injury Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers LLP
919 North Market Street, Suite 1000
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Sanco Industries, Inc. and The Fifth Third Leasing Company, Inc.)
James E. Huggett, Esquire
Harvey, Pennington Ltd.
913 North Market Street, Suite 702
Wilmington, DE  19801

**Hand Delivery**
(Counsel to Official Committee of Equity Security Holders and Counsel to State of Wisconsin Investment Board)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 North Market Street, 6th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to R2 Investments, LDC)
Neal J. Levitsky, Esquire
L. Jason Cornell, Esquire
Fox, Rothschild, O'Brien & Frankel
824 North Market Street, Suite 810
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Pacific Dunlop Holdings (USA) Inc.)
Douglas N. Candeub, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Woodlake/Parkview Investors, LLC f/k/a Fresca Drive Investors, LLC)
Joseph Grey, Esquire
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to EnerSys, Inc.)
Thomas G. Whalen, Jr., Esquire
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE 19801

**Hand Delivery**
(Counsel to Central States, Southeast and Southwest Areas Pension Fund)
William D. Sullivan, Esquire
Buchanan Ingersoll
The Nemours Building
1007 North Orange Street, Suite 1110
Wilmington, DE 19801

**Overnight Delivery**
(Reorganized Debtor)
Stuart Kupinsky
General Counsel
Exide Technologies
13000 Deerfield Parkway, Suite 200
Alpharetta, GA 30004

**Overnight Delivery**
(Counsel to Reorganized Debtor)
Erik Chalut, Esquire
Kirkland & Ellis, LLP
200 East Randolph Drive
Chicago, IL 60601

**Overnight Delivery**
(Counsel to Reorganized Debtor)
Matthew N. Kleiman, Esquire
Matthew N. Kleiman, P.C.
2506 N. Clark St., Suite 307
Chicago, IL 60614

**Overnight Delivery**
(Counsel to the Post Confirmation Committee of Unsecured Creditors)
Fred Hodara, Esquire
Mary R. Masella, Esquire
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
590 Madison Avenue
New York, NY 10022

**Overnight Delivery**
(Counsel to the Post Confirmation Committee of Unsecured Creditors)
Gabrielle Duvall, Esquire
Dharmesh Vashee, Esquire
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
Robert S. Strauss Building
1333 New Hampshire Avenue, N.W.
Washington, DC 20036

**Overnight Delivery**
(Counsel to Prepetition Secured Lenders, Credit Suisse First Boston)
Douglas P. Bartner, Esquire
Marc B. Hankin, Esquire
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

**Overnight Delivery**
(Counsel to Post Petition Secured Lenders, Citicorp USA, Inc.)
Marcia Landweber Goldstein, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

**First Class Mail**
(Counsel to State of Wisconsin Investment Board)
Ian S. Landsberg, Esquire
Wolf, Rifkin & Shapiro, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, CA 90064-1557

**First Class Mail**
(Counsel to Hines Interests Limited Partnership)
Jeffrey E. Bjork, Esquire
Robert T. Trammell, Jr., Esquire
King & Spalding
191 Peachtree Street
Atlanta, GA 30303-1763

**First Class Mail**
(Counsel to City of Memphis)
Sara Hall, Esquire
City Attorney
125 North Main Street, Room 314
Memphis, TN 38103

**First Class Mail**
Ken Goldberg
Lydian Asset Management
495 Post Road East
Westport, CT 06880

**First Class Mail**
Janice Stanton
Contrarian Capital Management, L.L.C.
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

**First Class Mail**
(Assistant U.S. Attorney)
Miriam F. Miquelon, Esquire
Office of the United States Attorney
9 Executive Drive
Fairview Heights, IL 62208

**First Class Mail**
(County Attorney for Broward County)
Edward A. Dion, Esquire
Government Center
115 South Andrews Avenue
Ft. Lauderdale, FL 33301

**First Class Mail**
(Counsel to CitiCapital Commercial Corporation and CitiCapital Commercial Leasing Corporation)
Kim Dennis
VP and Assistant General Counsel
CitiCapital Commercial Corporation
250 East Carpenter Freeway
7 Decker
Irving, TX 75062-2726

**First Class Mail**
(Counsel to CitiCapital Commercial Corporation and CitiCapital Commercial Leasing Corporation)
William G. Wright, Esquire
Farr, Burke, Gambacorta & Wright, P.C.
211 Benigno Boulevard
P.O. Box 788
Bellmawr, NJ 08099-0788

**First Class Mail**
)
Jackie Johnson
Bankruptcy Unit
CitiCapital Commercial Corporation
P.O. Box 140729
Irving, TX 75014-0729

**First Class Mail**
)
Thomas C. Walsh, Esquire
BTM Capital Corporation
111 Huntington Avenue, Suite 400
Boston, MA 02199-7610

**First Class Mail**
)
Daniella Saltz, Esquire
Office of the General Counsel
Ford Motor Company
Suite 323 WHQ
The American Road
Dearborn, MI 48121-1899

**First Class Mail**
(Counsel to Pension Benefit Guaranty)
Stephen D. Schreiber, Esquire
Kenneth J. Cooper, Esquire
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

**First Class Mail**
(Counsel to GE Capital Corp.; Heller Financial Leasing; US Equipment Leasing; NMHG Financial Services; Transamerica/M Credit)
Randall L. Hagen, Esquire
Patrick K. Cameron, Esquire
Ober, Kaler, Grimes & Shriver, PC
120 East Baltimore Street, Suite 800
Baltimore, MD 21202-1643

**First Class Mail**
)
Howard Norowitz
Eric Bereondo
GE Capital Corporation
401 Merritt Seven, 2nd Floor
Norwalk, CT 06856

**First Class Mail**
)
General Counsel
General Electric Capital Corporation
Commercial Financing Equipment
260 Long Ridge Road
Stamford, CT 06927

**First Class Mail**
(Counsel to Harris County Houston ISD and City of Houston)
John P. Dillman, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
1301 Travis, Suite 300
P.O. Box 3064
Houston, TX 77253-3064 (Courier 77002)

**First Class Mail**
(Counsel to The Fifth Third Leasing Company)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY 10036-6524

**First Class Mail**
(Counsel to Accuma Corporation)
Bradley E. Pearce, Esquire
Jason K. Purser, Esquire
Moore & Van Allen PLLC
Bank of America Corporate Center
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003

**First Class Mail**
(Special Counsel to Board of Directors)
Michael J. Carnes, Esquire
Marc D. Rosenberg, Esquire
Kaye Scholer, LLP
425 Park Avenue
New York, NY 10022-3598

**First Class Mail**
(Counsel to Tulip Corporation)
Mark Shinderman, Esquire
Munger, Tolles & Olsen LLP
355 South Grand Avenue, Suite 3500
Los Angeles, CA 90071-1560

**First Class Mail**
)
Jim Carter
Tulip Corporation
P.O. Box 51789
Los Angeles, CA 90051

**First Class Mail**
)
Nathan Fuchs
Securities and Exchange Commission
New York Regional Office
233 Broadway
New York, NY 10279

**First Class Mail**
)
Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
)
Securities & Exchange Commission
15th & Pennsylvania Avenue, N.W.
Washington, DC 20020

**First Class Mail**
(Counsel to Finova Capital Corporation)
Michael J. Shavel, Esquire
Blank Rome Comisky & McCauley LLP
One Logan Square
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Finova Capital Corporation)
Michael C. Graziano, Esquire
Blank Rome Comisky & McCauley LLP
210 Lake Drive East, Suite 200
Cherry Hill, NJ 08002

**First Class Mail**
(Counsel to Transervice Logistics, Inc.)
Mark R. Somerstein, Esquire
Edward J. Leen, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

**First Class Mail**
)
Andrew Herenstein
Quadrangle Group LLC
375 Park Avenue, 14th Floor
New York, NY 10152

**First Class Mail**
(Counsel to Sports Metals, Inc.)
Joseph A. Sillitto, Esquire
Page, Scranton, Sprouse, Tucker & Ford, P.C.
1043 Third Avenue
Columbus, GA 31901

**First Class Mail**
(Counsel to G.I. Plastek Limited Partnership)
Lee D. Powar, Esquire
Jean R. Robertson, Esquire
Hahn Loeser & Parks LLP
3300 BP Tower
2000 Public Square
Cleveland, OH 44114

**First Class Mail**
(Counsel to Electronic Data Systems, Inc.)
Michael D. Warner, Esquire
Simon, Warner & Doby, LLP
1700 City Center Tower II
301 Commerce Street
Fort Worth, TX 76102

**First Class Mail**
(Counsel to Daramic, Inc.)
George B. Cauthen, Esquire
Nelson Mullins Riley & Scarborough LLP
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201

**First Class Mail**
(Counsel to Motion Industries, Inc., Genuine Parts Company, and Yacht Batteries Company, Ltd.)
William J. Barrett, Esquire
Barack Ferrazzano Kirschbaum Perlman
& Nagelberg LLC
333 West Wacker Drive, Suite 2700
Chicago, IL 60606

**First Class Mail**
(Counsel to Hamilton Trucking Company, Inc.)
William F. Kluge, Esquire
Adams & Jones, Chartered
155 North Market, Suite 600
Wichita, KS 67201-1034

**First Class Mail**
(Counsel to Ronald Gardhouse)
Michael C. Hammer, Esquire
Dickinson Wright PLLC
301 East Liberty Street, Suite 500
Ann Arbor, MI 48104-2266

**First Class Mail**
(Counsel to McKinsey & Company)
Robin E. Keller, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**First Class Mail**
)
Robert Zekader
Treasurer
Grafika Commercial Printing, Inc.
710 Johnson Street
Sinking Spring, PA 19608

**First Class Mail**
(Counsel to Kupelian Ormond & Magy, P.C.)
Paul S. Magy, Esquire
Matthew W. Schlegel, Esquire
Keith J. Ostrowski, Esquire
Kupelian Ormond & Magy, P.C.
25800 Northwestern Highway, Suite 950
Southfield, MI 48075

**First Class Mail**
(Counsel to Sealy and Company, Inc.)
Charles L. Stern, Jr., Esquire
Jon F. Leyens, Jr., Esquire
Alan M. Cohen, Esquire
Steeg and O'Connor, LLC
201 St. Charles Avenue, Suite 3201
New Orleans, LA 70170

**First Class Mail**
(Counsel to Seventh Avenue Investment Co.)
Peter M. Gilhuly, Esquire
Latham & Watkins
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071-2007

**First Class Mail**
(Counsel to TXU Energy Retail Company, LP d/b/a
TXU Energy)
Lois J. Duran, Esquire
P.O. Box 650393
Dallas, TX 75265-0393

**First Class Mail**
(Counsel to NMHG Financial Services, Inc. and Wells
Fargo Equipment Finance, Inc.)
Joseph O'Neil, Jr., Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

**First Class Mail**
(Counsel to Deere Credit)
Ronald B. Roteman, Esquire
Campbell & Levine, LLC
1700 Grant Building
Pittsburgh, PA 15219

**First Class Mail**
(Counsel to Kevin Stanback, Doris Stanback and Kevin
Dorsey)
Charles E. Webster, Esquire
Marvin A. Brustin, Esquire
Murphy Spadaro & Landon
100 West Monroe Street
Chicago, IL 60603

**First Class Mail**
(Counsel to Heartland Realty, LLC)
Albert A. Ciardi, III, Esquire
Ciardi & Ciardi, P.C.
One Commerce Square
2005 Market Street
Suite 2020
Philadelphia, PA 19103

**First Class Mail**
(Counsel to J.T. Thorpe & Sons, Inc.)
Julie H. Rome-Banks, Esquire
Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

**First Class Mail**
(Counsel to J.T. Thorpe & Sons, Inc.)
Joseph Sweeney, Esquire
Sweeney, Mason, Wilson & Bosomworth
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637

**First Class Mail**
(Counsel to Highwoods Properties)
Gregory M. Eells, Esquire
Eells & Allen, LLC
2971 Flowers Road South
Suite 181 – The Oglethorpe Building
Atlanta, GA 30341

**First Class Mail**
(Counsel to General Electric Corporation, Vendor Finance Division)
Adam K. Spence, Esquire
Law Offices of Adam M. Spence, P.C.
105 West Chesapeake Avenue, Suite 400
Towson, MD 21204

**First Class Mail**
)
James Hintzen
Restructuring Group – MD NC317
IBM Credit Corporation
North Castle Drive
Armonk, NY 10504

**First Class Mail**
)
Art Murphy
Restructuring Group – MD NC317
IBM Credit Corporation
North Castle Drive
Armonk, NY 10504

**First Class Mail**
(Counsel to Advanta Bank Corp.)
Lisa Fleischer, Esquire
General Counsel
Advanta Bank Corp.
1020 Laurel Oak Road
P.O. Box 1228
Voorhees, NJ 08043-1228

**First Class Mail**
(Counsel to Daramic, Inc.)
Richard B. Herzog, Jr., Esquire
Byron Starcher, Esquire
Nelson, Mullins, Riley & Scarborough, LLP
999 Peachtree Street, N.E., Suite 1400
Atlanta, GA 30309

**First Class Mail**
)
Jamie Smith
Finance Assistant
Battery Power Systems, Inc.
201 Frontage Road, North, Suite A
Pacific, WA 98047

**First Class Mail**
)
Kathleen N. Siegel
Navistar Financial Corporation
2850 West Golf Road
Rolling Meadows, IL 60008

**First Class Mail**
)
H. David Blackwell
Blackwell's Inc.
P.O. Box 1162
LaGrange, GA 30241

**First Class Mail**
(Counsel to Hill Management Services, Inc.)
Jonathan W. Lipshie, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, MD 21202-3282

**First Class Mail**
(Counsel to SQM/400, Inc.)
Herbert C. Broadfoot II, Esquire
Ragsdale, Beals, Hooper & Seigler, LLP
2400 International Tower
229 Peachtree Street, NE
Atlanta, GA 30303-1629

**First Class Mail**
(Counsel to HSBC Bank USA)
Jonathan L. Flaxer, Esquire
Karel S. Karpe, Esquire
Golenbock, Eiseman, Assor, Bell & Peskoe
437 Madison Avenue
New York, NY 10022

**First Class Mail**
)
Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

**First Class Mail**
(Counsel to Afco Credit Corporation)
Steven G. Legum, Esquire
Carlucci & Legum, LLP
170 Old Country Road
Mineola, NY 11501-4307

**First Class Mail**
(Counsel to Hardigg Industries, Inc.)
Mark D. Cress, Esquire
Bulkley, Richardson and Gelinas, LLP
1500 Main Street, Suite 2700
Springfield, MA  01115

**First Class Mail**
(Counsel to C & W Trucking, Inc.)
Andrea Teves Smith, Esquire
Peterson & Myers, P.A.
225 East Lemon Street, Suite 300
P.O. Box 24628
Lakeland, FL  33802-4628 (Courier 33801-4627)

**First Class Mail**
(Counsel to Sparton Technology, Inc.)
R. Jan Appel, Esquire
General Counsel
Sparton Corporation
2400 East Granson Street
Jackson, MI  49202

**First Class Mail**
)
Denise A. Shirey, CPCM
Sparton Corporation
5612 Johnson Lake Road
P.O. Box 788
DeLeon Springs, FL  32130

**First Class Mail**
)
Christopher L. Jacobs, CACM
Commercial Contracts Manager
Sparton Corporation
5612 Johnson Lake Road
P.O. Box 788
DeLeon Springs, FL  32130

**First Class Mail**
(Counsel to San Diego Gas and Electric Company; and Southern California Gas Company)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
Union Bank Square
445 South Figueroa Street, 31st Floor
Los Angeles, CA  90071-1672

**First Class Mail**
(Counsel to American Electric Power, Detroit Edison Company, Metropolitan Edison Company, First Energy Company, Georgia Power Company, TXU Gas, TXU)
Russell R. Johnson, III, Esquire
3734 Byfield Place
Richmond, VA  23233

**First Class Mail**
(Counsel to Indenture Trustee, The Bank of New York)
Glenn E. Siegel, Esquire
Henry P. Baer, Jr., Esquire
Dechert
30 Rockefeller Plaza
New York, NY  10112

**First Class Mail**
(Counsel to Sunbelt Rentals, Inc.)
Karen L. Kovalsky, Esquire
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN  46204

**First Class Mail**
(Counsel to Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa)
Jeffrey W. Courter, Esquire
Nyemaster, Goode, Voigts, West, Hansell & O'Brien, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA  50309-3899

**First Class Mail**
(Counsel to LaGrange Building Services)
Jay E. Loeb, Esquire
Olim & Loeb, LLP
6100 Lake Forrest Drive, N.W., Suite 480
Atlanta, GA  30328

**First Class Mail**
)
Wendy G. Atkins
Vice President Finance
LaGrange Building Services
113 Corporate Park East Drive
P. O. Box 1224
LaGrange, GA  30241

**First Class Mail**
(Counsel to Public Service Electric and Gas Company)
William E. Frese, Esquire
Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

**First Class Mail**
(Counsel to Davis Wire Corporation)
Mark A. Bilut, Esquire
Nathan F. Coco, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

**First Class Mail**
(Counsel to Ferro Magnetics Corporation)
Craig A. Smith, Esquire
Suelthaus & Walsh, P.C.
7733 Forsyth, 12th Floor
St. Louis, MO 63105

**First Class Mail**
(Financial Advisor)
Arthur Newman
Managing Director
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY 10154

**First Class Mail**
(Counsel to Johnson Controls, Inc.)
Lawrence J. Kotler, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103

**First Class Mail**
(Counsel to Gould Electronics, Inc.)
Matthew A. Salerno, Esquire
McDonald, Hopkins, Burke & Haber Co., L.P.A.
2100 Bank One Center
600 Superior Avenue, East
Cleveland, OH 44114-2653

**First Class Mail**
)
Ellen R. Doherty
UGI Utilities, Inc.
2121 City Line Road, Unit 1
Bethlehem, PA 18017-2150

**First Class Mail**
(Counsel to National City Leasing Corp.)
Bonnie R. Golub, Esquire
Weir & Partners
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

**First Class Mail**
(Counsel to Sovereign Bank)
Jeffrey S. Cianciulli, Esquire
Weir & Partners
The Widener Building
1339 Chestnut Street, Suite 500
Philadelphia, PA 19107

**First Class Mail**
(Counsel to Maan Shyang Battery Enterprise Co., Ltd.)
John Robert Weiss, Esquire
Katten Muchin Zavis Rosenman
525 West Monroe Street, Suite 1600
Chicago, IL 60661

**First Class Mail**
(Bureau of Employer Tax Operations (BETO))
Sharon L. Royer
UC Tax Agent/Bankruptcy Representative
Commonwealth of Pennsylvania
Department of Labor and Industry
Harrisburg Bankruptcy Compliance
1171 South Cameron Street, Room 312
Harrisburg, PA 17104-2513

**First Class Mail**
)
Donna Ellison
APCI – Credit A6327
Air Products and Chemicals, Inc.
7201 Hamilton Boulevard
Allentown, PA 18195-1501

**First Class Mail**
)
Donna D. Duer
Environment Enforcement Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

**First Class Mail**
(Commonwealth of Pennsylvania, Department of Revenue, Bureau of Accounts Settlement)
Denise A. Kuhn, Esquire
Senior Deputy Attorney General
Office of the Attorney General
21 South 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

**First Class Mail**
(Counsel to Dallas County)
Elizabeth Weller, Esquire
Monica McCoy-Purdy, Esquire
Michael W. Deeds, Esquire
Linebarger Goggan Blair Pena & Sampson, LLP
2323 Bryan Street
1720 Univision Center
Dallas, TX 75201-2644

**First Class Mail**
(Counsel to Certain Personal Injury Claimants)
Frederick J. Jekel, Esquire
Nancy Worth Davis, Esquire
Ness Motley, PA
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

**First Class Mail**
(Counsel to Louisiana Machinery, LLC)
Thomas J. Lutkewitte, Esquire
Favret, Demarest, Russon & Lutkewitte
1515 Poydras Street, Suite 1400
New Orleans, LA 70112

**First Class Mail**
(Counsel to International Union, United Automobile, Aerospace and Agricultural Implement Workers of America "UAW")
Niraj R. Ganatra, Esquire
Associate General Counsel
International Union, UAW
8000 East Jefferson Avenue
Detroit, MI 48214

**First Class Mail**
(Counsel to Fleet Business Credit, LLC)
Catherine Schmidt, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive, Suite 1000
Chicago, IL 60601

**First Class Mail**
(Counsel to Seibel Modern Manufacturing & Welding Corporation)
Garry M. Graber, Esquire
Cheryl R. Storie, Esquire
Hodgson Russ LLP
One M&T Plaza, Suite 2000
Buffalo, NY 14203

**First Class Mail**
(Counsel to Agere Systems, Inc.)
Michael H. Reed, Esquire
Larry R. Wood, Esquire
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799

**First Class Mail**
(Counsel to Agere Systems, Inc.)
Brian P. Downey, Esquire
Pepper Hamilton LLP
200 One Keystone Plaza
North and Front Streets
P.O. Box 1181
Harrisburg, PA 17108-1181

**First Class Mail**
(Counsel to Benore Logistics Systems, Inc.)
Tara E. Nauful, Esquire
Haynsworth Sinkler Boyd, P.A.
1201 Main Street, 22nd Floor
P.O. Box 11889
Columbia, SC 29211-1889 (Courier 29201-3232)

**First Class Mail**
(Counsel to General Electric Company)
Michael R. Enright, Esquire
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103

**First Class Mail**
)
Nadav Braun
CRT Capital Group LLC
262 Harbor Drive
Stamford, CT 06902

**First Class Mail**
(Counsel to ProLogis Trust)
Andrea S. Hartley, Esquire
Akerman, Senterfitt & Eidson, P.A.
One Southeast Third Avenue, 28th Floor
Miami, FL 33131-1704

**First Class Mail**
)
Beverly H. Shideler, Esquire
IBM Corporation
2 Lincoln Center #200
Oakbrook, Terrance, IL 60181-4837

**First Class Mail**
)
Ultramar Diamond Shamrock
P.O. Box 740933
Dallas, TX 75374

**First Class Mail**
(Counsel to Profit Recovery Group USA, Inc.)
Troy L. Tate, Esquire
General Counsel to Commercial Division
of PRG Schultz USA, Inc.
26311 Junipero Serra, Suite 200
San Juan Capistrano, CA 92675

**First Class Mail**
(Counsel to Drumco, Inc.)
Daniel K. Hogan, Esquire
Hogan and Veith PA
1311 Delaware Avenue, Apt. 1
Wilmington, DE 19806-4717

**First Class Mail**
(Counsel to Exide Drive Investment Group, LLC)
C. Adrian White, Esquire
Exide Drive Investment Group, LLC
1908 Euclid Avenue
P.O. Box 309
Bristol, VA 24201

**First Class Mail**
)
Carol Nemec
Legal Department
Comdisco, Inc.
5600 N. River Road, Ste. 800
Rosemont, IL 60018-5166

**First Class Mail**
(Counsel to Nicor Energy, LLC)
James M. Messineo, Esquire
James M. Messineo & Associates
1618 Colonial Parkway
Inverness, IL 60067

**First Class Mail**
(Counsel to Safety Headquarters, Inc.)
Gary L. Stein, Esquire
O'Donnell, Weiss & Mattei, P.C.
41 High Street
P.O. Box 317
Pottstown, PA 19464-0317

**First Class Mail**
(Counsel to Bock & Clark Corporation)
Alan P. DiGirolamo, Esquire
Buckingham. Doolittle & Burroughs, LLP
1375 East 9th Street, Suite 1700
Cleveland, OH 44114

**First Class Mail**
(Counsel to 210 Associates Limited Partnership)
Edward D. Penn, Esquire
Boston Properties
302 Carnegie Center
Princeton, NJ 08540

**First Class Mail**
)
Patricia Little
Bankruptcy Review Section
Commonwealth of Pennsylvania,
Department of Revenue
Bureau of Compliance
Department 280946
Harrisburg, PA 17128-0946

**First Class Mail**
(The Comptroller of Public Accounts of the State of Texas)
Jay W. Hurst, Esquire
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

**First Class Mail**
(Counsel to Union Pacific Railroad Company)
Mary Ann Kilgore, Esquire
General Attorney
Union Pacific Railroad Company
1416 Dodge Street, Room 830
Omaha, NE 68179

**First Class Mail**
(Counsel to Carrollton-Farmers Branch Independent School District)
Andrea Sheehan, Esquire
Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX 75205

**First Class Mail**
)
P.B. Mason
Occu Systems/Concentra
P.O. Box 740933
Dallas, TX 75374

**First Class Mail**
(Counsel to Toyota Motor Credit Corporation, Navistar Leasing Company, and Harco Leasing Company)
Robert T. Aulgur, Jr., Esquire
Kristi J. Doughty, Esquire
Whittington & Aulgur
313 North Dupont Highway, Suite 110
P.O. Box 617
Odessa, DE 19730-1617

**First Class Mail**
(Counsel to Navistar Leasing Company and Harco Leasing Company)
John V. Fiorella, Esquire
Archer & Greiner, P.C.
One Centennial Square
East Euclid Avenue
P.O. Box 3000
Haddonfield, NJ 08033-0968

**First Class Mail**
(Counsel to St. Paul Companies)
Richard L. Wasserman, Esquire
Lisa Bittle Tancredi, Esquire
Venable, Baetjer and Howard, LLP
1800 Mercantile Bank & Trust Building
2 Hopkins Plaza
Baltimore, MD 21201

**First Class Mail**
(Counsel to Synchronous Industrial Services)
Michael E. Lee, Esquire
200 Westside Square, Suite 803
Huntsville, AL 35801-4816

**First Class Mail**
)
Mark Lee
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

**First Class Mail**
(Counsel to Precision Fire Protection, Inc.)
E. Michael Zubey, Jr., Esquire
Golden, Masano, Bradley
1100 Berkshire Boulevard, Suite 201
Wyomissing, PA 19610

**First Class Mail**
)
Samuel R. Knezevic
Executive Vice President and General Counsel
Elyria Foundry
120 Filbert Street
Elyria, OH 44036

**First Class Mail**
)
Marvin E. Clements, Jr., Esquire
Tennessee Department of Labor and Workforce Development – Unemployment Insurance Office of the Attorney General
Bankruptcy and Collection Division
P.O. Box 20207
Nashville, TN 37202-0207

**First Class Mail**
)
Peggy A. Housner, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI 48909

**First Class Mail**
(Counsel to MAC Engineering & Equipment Co., Inc.)
Mark J. Adey, Esquire
Barnes & Thornburg
600 First Source Bank Center
100 North Michigan Street
South Bend, IN 46601

**First Class Mail**
)
Michael Tole
MAC Engineering & Equipment Co., Inc.
2775 Meadowbrook Road
Benton Harbor, MI 49022

**First Class Mail**
(Counsel to APF Bellbrook Industrial, Inc.)
Anthony J. Interrante, Esquire
Kessler & Collins
5950 Sherry Lane, Suite 222
Dallas, TX 75225

**First Class Mail**
(Wells Fargo Financial Leasing)
Ann Brown
United Portfolio Management, Inc.
1360 Energy Park Drive, # 340
St. Paul, MN 55108

**First Class Mail**
(Counsel to Lancaster County Treasurer's Office)
Lisa McCoy, Esquire
Nikolaus & Hohenadel LLP
212 N. Queen Street
Lancaster, PA 17603-3512

**First Class Mail**
(Counsel to Georgia Department of Revenue)
Lesley W. Berggren, Esquire
Assistant Attorney General
40 Capital Square, SW
Atlanta, GA 30334

**First Class Mail**
(Counsel to the South Carolina Department of Health and Environmental Control)
E. Katherine Wells, Esquire
Office of General Counsel
SC DHEC
2600 Bull Street
Columbia, SC 29201

**First Class Mail**
)
Ed Bender
1600 South Union Avenue
Bakersfield, CA 93307

**First Class Mail**
(Counsel to eCast Settlement Corporation, General Electric/ExxonMobil)
Thomas A. Lee, III, Esquire
Becket & Lee
P.O. Box 35480
Newark, NJ 07193-5480

**First Class Mail**
(Counsel to R2 Investments, LDC)
Edward S. Weisfelner, Esquire
Brown, Rudnick, Berlack, Israels, LLP
120 West 45th Street
New York, NY 10036

**First Class Mail**
(Counsel to R2 Investments, LDC)
Stephen B. Levine, Esquire
Brown, Rudnick, Berlack, Israels, LLP
One Financial Center
Boston, MA 02111

**First Class Mail**
(Counsel to Woodlake/Parkview Investors, LLC f/k/a Fresca Drive Investors, LLC)
Bryan I. Schwartz, Esquire
Levenfeld Pearlstein
2 North LaSalle Street, Suite 1300
Chicago, IL 60602

**First Class Mail**
)
Traci Fette
Debt Acquisition Company of America
(DACA) V, LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108-3419

**First Class Mail**
(Counsel to Smith Management LLC)
Andrew I. Silfen, Esquire
Arent Fox PLLC
1675 Broadway, 25th Floor
New York, NY 10019

**First Class Mail**
(Counsel to Enron Energy Services)
Neil S. Berger, Esquire
Togut Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, NY  10119

**First Class Mail**
)
General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX  77022

**First Class Mail**
(Counsel to Lisa L. Fleming)
Robert J. Leoni, Esquire
Morgan Shelsby & Leoni
131 Continental Drive, Suite 206
Newark, DE  19713

**First Class Mail**
)
Ryan's Notes
629 Fifth Avenue, Suite 14
Pelham, NY  10803-1265

**First Class Mail**
)
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD  21201

**First Class Mail**
(Broward County)
Hollie N. Hawn, Esquire
Broward County Revenue Collection
Division, Litigation Section
Government Center Annex
115 South Andrews Avenue
Fort Lauderdale, FL  33301

**First Class Mail**
(Counsel to EnerSys, Inc.)
John Miravich, Esquire
Stevens & Lee, P.C.
111 North Sixth Street
Reading, PA  19603

**First Class Mail**
)
Richard A. Pollard, Esquire
Pietragallo, Bosick & Gordon
One Oxford Centre, 38th Floor
Pittsburgh, PA  15219

**First Class Mail**
(Counsel to City of El Paso)
David G. Aelvoet, Esquire
Linebarger Goggan Blair & Sampson LLP
711 Navarro, Suite 300
Travis Building
San Antonio, TX  78205

**First Class Mail**
(Counsel to Collin County Tax Assessor/Collector, and Frisco ISD)
David McCall, Esquire
Gay, McCall, Isaacks, Gordon & Roberts, P.C.
777 East 15th Street
Plano, TX  75074

**First Class Mail**
(Counsel to Longview Independent School District)
Michael Reed, Esquire
McCreary, Veselka, Bragg & Alleen P.C.
5929 Balcones Drive, Suite 200
P.O. Box 26990
Austin, TX  78755 (Courier 78731)

**First Class Mail**
(Counsel to City and County of Denver)
Eugene J. Kottenstette, Esquire
City and County of Denver
201 West Colfax Avenue, Dept. 1207
Denver, CO  80202

**First Class Mail**
(Counsel to Hidalgo County and City of McCallen)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

**First Class Mail**
(Counsel to US Bank National)
Jeffrey A. Marks, Esquire
Squire, Sanders & Dempsey L.L.P.
312 Walnut Street, Suite 3500
Cincinnati, OH  45202-4036

**First Class Mail**
)
Linda S. Law, Esquire
Deputy City Attorney
City of Portland – City Attorney's Office
1221 S.W. 4th Avenue, Room 430
Portland, OR 97204

**First Class Mail**
(Counsel to EnerSys, Inc.)
Robert Lapowsky, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702

**First Class Mail**
(NYS Department of Tax and Finance)
Stephen L. Pearce, Esquire
Department of Taxation and Finance
State Office Building
207 Genesee Street, 9th Floor
Utica, NY 13501

**First Class Mail**
(Counsel to Adam B. Krafczek, Sr., Esquire and Nancy Saylor Gregory, Co-Executors of the Estate of Josephine A. Saylor, Deceased)
Kevin S. Anderson, Esquire
Elliott Reihner Siedzikowski & Egan
Union Meeting Corporate Center V
925 Harvest Drive
Blue Bell, PA 19422

**First Class Mail**
)
Gretchen Crawford, Esquire
Assistant District Attorney
Oklahoma County Treasurer
320 Robert S. Kerr, Room 307
Oklahoma City, OK 73102

**First Class Mail**
(Counsel to NASCAR)
Laurence H. Bartlett, Esquire
Crotty & Bartlett, P.A.
1800 West International Speedway Boulevard, Suite 201
P.O. Box 9547
Daytona Beach, FL 32114

**First Class Mail**
(Special Counsel to Debtors)
Roger P. Furey, Esquire
Katten Muchin Zavis Rosenman
1025 Thomas Jefferson Street, N.W.
East Lobby, Suite 700
Washington, D.C. 20007

**First Class Mail**
(Fee Auditor)
Warren H. Smith, Esquire
Warren H. Smith & Associates, P.C.
Republic Center
325 North St. Paul, Suite 4080
Dallas, TX 75201

**First Class Mail**
(Counsel to Jacksonville Electric Authority, Duval County School Board, and City of Jacksonville, FL)
Nina M. LaFleur, Esquire
Stutsman & Thames, P.A.
121 West Forsyth Street, Suite 600
Jacksonville, FL 32202

**First Class Mail**
(Counsel to Central States, Southeast and Southwest Areas Pension Fund)
Brad R. Berliner, Esquire
Central States Law Department
9377 West Higgins Road
Rosemont, IL 60018-4938

**First Class Mail**
(Counsel to Central States, Southeast and Southwest Areas Pension Fund)
Harry E. Keil
Central States, Southeast and Southwest Areas Pension Fund
Delinquent Accounts
9377 West Higgins Road
Rosemont, IL 60018-4938

**First Class Mail**
)
Alberto Gonzales
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

**First Class Mail**
(Debtor's Special Counsel)
Janice A. Alwin, Esquire
Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
321 North Clark Street
Suite 800
Chicago, IL  60610

**First Class Mail**
(Counsel to William Joseph, James Collins, James Cooper, Clifford Starks, Calvin Samuel, Aaron Samuel, Kathleen Gee, and Arthur Graham)
Ian W. Taylor, Sr., Esquire
P.O. Box 862
Shreveport, LA  71162

**Foreign First Class Mail**
Giuseppe Berti
FIAMM Automotive Batteries, S.p.A.
Viale Europa 63
36075 Monthecchio Maggiore
ITALY