## CERTIFICATE OF SERVICE

    I, Douglas N. Candeub, hereby certify that on this 13th day of February, 2006, I caused to be served a true and correct copy of the foregoing Appellants' Opening Brief on Appeal from Bankruptcy Court upon the following counsel, in the manner indicated:

**VIA HAND DELIVERY**

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
 Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Attorneys for Appellees,
Exide Technologies, Inc., et al.)

**VIA FIRST CLASS MAIL**

Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
(Attorneys for Appellees,
Exide Technologies, Inc., et al.)

_____
Douglas N. Candeub