IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, INC., *et al.*,[1] | ) | Case No. 02-11125 (KJC) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |
| PACIFIC DUNLOP HOLDINGS (EUROPE) LTD, *et al.*, | ) | C.A. No. 05-561 (SLR) |
| Appellants, | ) | Bankruptcy Adv. Proc. No. 04-51299 (KJC) |
| v. | ) | |
| EXIDE HOLDING EUROPE LTD, *et al.* | ) | |
| Appellees. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 13th day of March, 2006, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s) in the manner indicated:

**Appellee's Opposition Brief on Appeal from Bankruptcy Court**

_____
James E. O'Neill (Bar No. 4042)

---

[1] The additional debtors were Exide Delaware, L.L.C., Exide Illinois, Inc., RBD Liquidation, L.L.C., Dixie Metals Company, and Refined Metals Corporation. The cases of these additional debtors were closed by order of the Bankruptcy Court entered June 18, 2004.

DOCS_DE:116252.1

**Exide Technologies et al.**
**Pacific Dunlop Service List**
Case No. 02-11125 (KJC)
Document No. 81686
01 - Hand Delivery
01 – Overnight Delivery
04 – E-mail


**Hand Delivery and E-mail**
(Counsel to Pacific Dunlop)
Brett D. Fallon, Esq.
Douglas N. Candeub, Esq.
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE  19801
E-mail: bfallon@morrisjames.com
E-mail: dcandeub@morrisjames.com

**Overnight Delivery and E-mail**
(Counsel to Pacific Dunlop)
Linda S. Woolf, Esq.
Paula Krahn Merkle, Esq.
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
E-mail: lsw@gdldlaw.com
E-mail: pkm@gdldlaw.com