# MORRIS, JAMES, HITCHENS & WILLIAMS LLP

222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801-1621
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

Douglas N. Candeub
(302) 888-6854
-or-
(215) 972-8700
dcandeub@morrisjames.com
Admitted in DE and PA

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

March 27, 2006

**VIA HAND DELIVERY**
Chambers of the Honorable Sue L. Robinson
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 6124, Lockbox 31
Wilmington, Delaware 19801

   Re: *Pacific Dunlop Holdings (Europe) Ltd. v. Exide Holding Europe, C.A. No. 05-561 SLR*

Dear Judge Robinson:

  Attached please find the Affidavit of James D. McDonough and the Motion to Remand or, in the Alternative, to Abstain, which were filed as part of the Appendix filed with the Opening Brief on Appeal From Bankruptcy Court filed on February 13, 2006. These attachments, which were respectively filed as Appendix Volume I Tab 4(C) and Appendix Volume I Tab 6(D), were missing pages in their pdf format. However, the hard copies forwarded to the Court were complete.

  Accordingly, these are being filed so that the electronic filing will match the paper filing.

         Respectfully yours,

         Douglas N. Candeub

/erw
Enclosure

cc: Benjamin Chew, Esq.
   James E. O'Neill, Esq.
   Linda Woolf, Esq.