IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>EXIDE TECHNOLOGIES, INC.,<br>et al.,<br><br>        Debtors. | ) Chapter 11<br>)<br>) Bk. No. 02-11125(KJC)<br>)<br>) |
| PACIFIC DUNLOP HOLDINGS (USA)<br>INC., et al.,<br><br>        Appellants,<br><br>    v.<br><br>FOREIGN EXIDE ENTITIES,<br><br>        Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 05-561-SLR<br>)<br>)<br>)<br>) |

**O R D E R**

At Wilmington this 14th day of November, 2006, having reviewed the papers submitted in connection with this bankruptcy apeal;

IT IS ORDERED that oral argument shall be held on **Monday, December 18, 2006, at 2:00 p.m.** in courtroom 6B on the 6th floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Plaintiffs and defendants each shall have one (1) hour in which to present their argument.

                                                 /s/ Sue L. Robinson_____
                                                 United States District Judge