# ATTACHMENT A

ATTACHMENT A

ATTACHMENT A - CLAIM SUMMARY

The Direct Claims of the PDH Foreign Entities against the Exide Foreign Entities (all nondebtors)[6]:

| *Claim asserted by:* | *Claim asserted against[7]:* | *Sales Agreement between the parties:* | *Causes of action asserted (all are within the First Complaint):* | *Principal Amounts of claim, per complaint:* |
|---|---|---|---|---|
| Pacific Dunlop Holdings (Europe) Limited[8] | Exide Holding Europe, a French company | The UK Agreement (stock sale) | (i) Breach of contract (refusal to turn over cash held at time of closing); (ii) Conversion (wrongful taking of cash from bank accounts); (iii) Unjust enrichment (quasi-contract) from unplanned windfall to defendant in retaining cash | 2,262,213 Pounds Sterling |
| P.D. International Pty Limited[9] *and* Pacific Dunlop Holdings (Europe) Limited | Exide Holding Europe, a French company | The European Agreement (stock sale) | (i) Breach of contract; (ii) Conversion; (iii) Unjust enrichment (as above) | 126,158,352 Belgian Francs; 294,693 FNN; 13,409,947 French Francs; 186,060 German Marks; 1,023,778,743 Italian Lire |
| Pacific Dunlop Holdings (Hong Kong) Limited | Exide Holding Asia Pte. Limited, a Singapore corporation | The Hong Kong/PRC Agreement (stock sale) | (i) Breach of contract; (ii) Conversion; (iii) Unjust enrichment (as above) | 791,524 US dollars |
| Pacific Dunlop Holdings (Singapore) PTE. Ltd. | Exide Holding Asia Pte. Limited, a Singapore corporation | The India Agreement | (i) Breach of contract; (ii) Conversion; (iii) Unjust enrichment (as above) | 396,817 US dollars |
| Pacific Dunlop Holdings (Singapore) PTE. Ltd. | Exide Singapore Pte. Limited, a Singapore corporation | The Singapore Agreement (asset sale) | (i) Breach of contract; (ii) Conversion; (iii) Unjust enrichment (as above) | 278,446 US dollars |

---

[6] *Source*: Complaint, No. 01 L 008460 (Cook Co., Ill. Cir. Ct), Appendix ("A-") pp. A-0138 – A-0149.

[7] Names of the Exide Foreign Entities are shown as they were at time of Complaint. As described in the Disclosure Statement (A-0489), new Dutch entities were to be created to hold the interests of Exide Holding Europe and Exide Holding Asia. However per the Bankruptcy Court's Confirmation Order, "any claims of the Pacific Dunlop Holdings Entities against non-Debtor subsidiaries of the Debtors are not affected hereby" (i..e., not affected by confirmation and the vesting of the estate's property back in the Debtor, subject only to the Plan). A-0570.

[8] In US dollars, the total claim of PDH Europe against Exide Holding Europe, under the UK Agreement and the European Agreement, was $6,665,051.

[9] In US dollars, the total claim of P.D. Int'l Pty Limited against Exide Holding Europe, under the European Agreement, was $1,788,054.

1

ATTACHMENT A - CLAIM SUMMARY

All the PDH entity Direct Claims against the Debtor, in both Complaints[10]:

| *Claim asserted by:* | *Claim asserted against:* | *Sales Agreement:* | *Causes of action asserted, and in which Complaint:* | *Principal Amount of claim, per complaint:* |
|---|---|---|---|---|
| Pacific Dunlop Holdings (USA), Inc. | Exide Corp. (debtor) (n/k/a Exide Technologies, Inc.) | The USA Agreement (stock sale) | First Complaint--<br>(i) Breach of contract;<br>(refusal to turn over cash held at time of closing);<br>(ii) Conversion (wrongful taking of cash from bank accounts);<br>(iii) Unjust enrichment (quasi-contract) | 818,630 Canadian dollars;<br>1,330,800 US dollars;<br>91,000 US dollars;<br>3,843,501 US dollars;<br>949,516, US dollars |
| Pacific Dunlop Holdings (USA), Inc. | Exide Corp. (debtor) (n/k/a Exide Technologies, Inc.) | The USA Agreement (stock sale) | Second Complaint--<br>Breach of contract (failure to obtain replacement letters of credit to secure certain obligations to insurer | 3,144,418.24 US dollars |

---

[10] Source: Complaint, No. 01 L 008460 (Cook Co., Ill. Cir. Ct), App. pp. A-0138 – A-0149; Source: Complaint, No. 01 L 015589 (Cook Co., Ill. Cir. Ct). A-0151 – A-0155.

2

1505690/1