IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. Case No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| PACIFIC DUNLOP HOLDINGS | ) | |
| (EUROPE) LTD, et al., | ) | C.A. No.  05-561- SLR |
| Appellants, | ) | |
| v. | ) | Bankruptcy Adv. Pro. No. 04-51299-KJC; |
| | ) | |
| EXIDE HOLDING EUROPE, et al. | ) | |
| | ) | Removed From Circuit Court of Cook |
| Appellees. | ) | County, Ill. Civ. Action No.: 01L 008460 |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     : SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on January 9, 2007, I caused service of the following:

**APPELLANTS' SUPPLEMENTAL BRIEF
FOLLOWING ORAL ARGUMENT ON DECEMBER 18, 2006**

Service was completed upon parties on the attached list as indicated thereon.

Date: January 9, 2007

_____
William Weller

SWORN AND SUBSCRIBED before me this 9th day of January, 2007

_____
NOTARY
My commission expires: _____

**CASSANDRA D. LEWICKI**
**Notary Public - State of Delaware**
**My Comm. Expires Dec. 1, 2008**

WWW/106873-0001/1506291/1

**VIA HAND DELIVERY**
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
[Counsel to the Appellees]

**VIA FIRST CLASS MAIL**
Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
[Counsel to the Appellees]