IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Bky. No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, INC., *et al.*,[1] ) | |
| ) | |
| Debtors. ) | |
| _____ ) | |
| ) | Civ. No.  05-561- SLR |
| PACIFIC DUNLOP HOLDINGS ) | |
| (EUROPE) LTD, *et al.*, ) | |
| Appellants, ) | Adv. Pro. No. 04-51299-KJC |
| v. ) | |
| ) | |
| EXIDE HOLDING EUROPE, *et al.* ) | |

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Pacific Dunlop Holdings (Europe) Limited, P.D. International Pty Limited, Pacific Dunlop Holdings (Hong Kong) Limited, and Pacific Dunlop Holdings (Singapore) PTE. Ltd. (collectively, the "Pacific Dunlop Holdings Foreign Entities"), and Pacific Dunlop Holdings (USA), Inc. ("PDH USA"), by their undersigned counsel, hereby appeal, under 28 U.S. C. § 158(d), 28 U.S.C. §§ 1334(c)(2) and 1334(d), and Fed. R. App. P. 3 and 4, the Memorandum Order of the District Court, dated March 22, 2007, affirming decisions of the bankruptcy court dated December 11, 2003 and June 16, 2005 (District Court docket no. 18), to the United States Court of Appeals for the Third Circuit.  A copy of the District Court's Memorandum Order is attached hereto.

The names of all parties to the order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

---

[1] The other debtors, apart from lead debtor Exide Technologies, Inc., f/k/a Exide Corporation, were subsidiaries Exide Delaware, L.L.C.; Exide Illinois, Inc.; RBD Liquidation, L.L.C.; Dixie Metals Company; and Refined Metals Corporation. The cases of these subsidiary debtors were closed by order entered June 18, 2004 (Bankr. docket No. 4599).

1543720/1

1. Counsel for the debtor, Exide Technologies, Inc. f/k/a Exide Corporation, one of the defendants in the underlying action, are:

| | |
|---|---|
| Benjamin Chew, Esquire<br>Andrew Zimmitti, Esquire<br>Patton Boggs LLP<br>2550 M. Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br>(Counsel to Debtors) | Matthew N. Kleiman, Esquire<br>Matthew N. Kleiman. P.C.<br>2506 N. Clark Street, Suite 307<br>Chicago, IL 60614<br>(Counsel to Debtors) |

Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl,
Young, Jones & Weintraub P.C.
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100
(Counsel to Debtors)

2. The other defendants in the underlying action are the following nondebtor Exide affiliates (or their successors in interest):  (i) Exide Holding Europe, a French company; (ii) Exide Holding Asia Pte. Limited, a Singapore corporation; and (iii) Exide Singapore Pte. Limited (formerly Bluewall Pte. Ltd), a Singapore corporation.  They have not been represented by counsel in the bankruptcy court or district court.

Their last known counsel – the attorneys who represented them in the Circuit Court of Cook County, IL where the underlying action was commenced, before the case was transferred to Delaware, was:

Kenneth E. Kraus, Esq.
Schopf & Weiss
312 W. Randolph St., Suite 300
Chicago, IL 60606

3. Counsel for appellants, the Pacific Dunlop Holdings Foreign Entities and PDH USA, are:

| | |
|---|---|
| Brett D. Fallon, Esquire | Linda Woolf, Esquire |
| Douglas N. Candeub, Esquire | Paula Krahn Merkle, Esquire |
| Morris James LLP | Goodell, Devries, Leech & Dann, LLP |
| 500 Delaware Avenue, Suite 1500 | One South Street, 20th Floor |
| P.O. Box 2306 | Baltimore, Maryland 21202 |
| Wilmington, Delaware 19899 | (410) 783-4000 |
| (302) 888-6800 | (Counsel for appellants) |
| (Counsel for appellants) | |

    4. The Office of the U.S. Trustee is:

Kelly Stapleton, U.S. Trustee
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(U.S. Trustee)

Respectfully submitted,

Dated: April 20, 2007

MORRIS JAMES LLP

*/s/ Brett D. Fallon*
Brett D. Fallon (ID No. 2480)
Douglas N. Candeub (ID No. 4211)
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, Delaware 19899
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
Email: bfallon@morrisjames.com
Email: dcandeub@morrisjames.com

    -and-

Linda Woolf, Esquire
Paula Krahn Merkle, Esquire
GOODELL, DEVRIES, LEECH & DANN, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: (410) 783-4000
Facsimile: (410) 783-4040

Attorneys for the Appellants

1543720/1