## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Bk. Case No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, INC., et al., | ) | |
| | ) | |
| Debtors. | ) | |
| ——————————————— | ) | |
| | ) | |
| PACIFIC DUNLOP HOLDINGS | ) | |
| (EUROPE) LTD, et al., | ) | C.A. No.  05-561- SLR |
| Appellants, | ) | |
| v. | ) | Bankruptcy Adv. Pro. No. 04-51299-KJC |
| | ) | |
| EXIDE HOLDING EUROPE, et al. | ) | |
| | ) | |
| Appellees. | ) | |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

STATE OF DELAWARE    :
                     :  SS:
NEW CASTLE COUNTY    :

I, William Weller, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made.  I certify further that on April 20, 2007, I caused service of the following:

### NOTICE OF APPPEAL

Service was completed upon parties on the attached list as indicated thereon.

Date: April 20, 2007

_____
William Weller

SWORN AND SUBSCRIBED before me this 20th day of April, 2007

_____
NOTARY
My commission expires: _____

S. STACI HUDSON
Notary Public - State of Delaware
My Comm. Expires Dec. 11, 2008

**VIA HAND DELIVERY**
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899-8705
[Counsel to the Appellees]


Kelly Stapleton, U.S. Trustee
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**
Benjamin Chew, Esquire
Andrew Zimmitti, Esquire
Patton Boggs LLP
2550 M. Street, NW
Washington, DC 20037
[Counsel to the Appellees]


Matthew N. Kleiman, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois  60601
(312) 861-2000
(Counsel to Debtors)