# Morris James LLP

500 Delaware Avenue, Suite 1500
Wilmington, Delaware 19801-1494
(302) 888-6800
Facsimile (302) 571-1750
www.morrisjames.com

William W. Weller
Paralegal
(302) 888-6818
wweller@morrisjames.com

Mailing Address
P.O. Box 2306
Wilmington, DE 19899-2306

May 7, 2007

**VIA HAND DELIVERY**
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

Re:   Fee for Filing of Notice of Appeal, C.A. 05- cv-561 (SLR)

Dear Clerk of the Court:

Please find enclosed check # 59786 in the amount of $455 to satisfy the filing fee for the Notice of Appeal [Docket No. 19], which was filed on April 20, 2007 in the above-referenced civil action. Additionally, please find attached a copy of the cm/ecf filing page regarding the filing of this Notice of Appeal.

Please register the filing fee as being paid, and supply the necessary receipt regarding the same. If you should need anything additional, please do not hesitate to contact me.

Sincerely,

William Weller

cc: Brett D. Fallon, Esq. (w/o enclosures)
cc: Douglas N. Candeub, Esq. (w/o enclosures)

CM/ECF LIVE - U.S. District Court:ded                                                                 Page 1 of 2

## Appeal Documents

1:05-cv-00561-SLR In Re: Exide Technologies Inc et al **CASE CLOSED on 03/22/2007**
CLOSED, PaperDocuments

U.S. District Court

**ORIGINAL**

District of Delaware

### Notice of Electronic Filing

The following transaction was entered by Candeub, Douglas on 4/20/2007 at 4:25 PM EDT and filed on 4/20/2007

**Case Name:**     In Re: Exide Technologies Inc et al
**Case Number:**   1:05-cv-561
**Filer:**         Pacific Dunlop Holdings (USA) Inc.
                   Pacific Dunlop Holdings (Europe) Limited PD
                   International Pty Limited
                   Pacific Dunlop Holdings (Hong Kong) Limited
                   Pacific Dunlop Holdings (Singapore) PTE Ltd

**WARNING: CASE CLOSED on 03/22/2007**
**Document Number:** 19

**Docket Text:**
NOTICE OF APPEAL of [18] Memorandum and Order, Terminated Case. Appeal filed by Pacific Dunlop Holdings (Hong Kong) Limited, Pacific Dunlop Holdings (Singapore) PTE Ltd, Pacific Dunlop Holdings (USA) Inc., Pacific Dunlop Holdings (Europe) Limited PD, International Pty Limited. (Attachments: # (1) - March 22, 2007 Memorandum Order# (2) Affidavit of Service)(Candeub, Douglas)

**1:05-cv-561 Notice has been electronically mailed to:**

Brett D. Fallon     bfallon@morrisjames.com

Laura Davis Jones     ljones@pszyjw.com

James E. O'Neill, III     joneill@pszyjw.com

**1:05-cv-561 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=4/20/2007] [FileNumber=375839-0]
[d2de1897b1f48822b7e219cf714bc9334a14f4f46f3419284611e7f0cf64db4abd2d
7e7bf86600c0ea889a60922aa68298a7e3e7de8ea484a6456603f47cffef]]