IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Bky. No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, INC., ) | |
| ) | Civ. No.  05-561- SLR |
| Reorganized Debtor. ) | |
| ) | |

**STIPULATION AND ORDER TO MODIFY CAPTION TO
THE COURT'S MEMORANDUM ORDER DATED
MARCH 22, 2007, PURSUANT TO FED. R. CIV. P. 60**

Appellants Pacific Dunlop Holdings (Europe) Limited, P.D. International Pty Limited, Pacific Dunlop Holdings (Hong Kong) Limited, and Pacific Dunlop Holdings (Singapore) PTE. Ltd. and Pacific Dunlop Holdings (USA), Inc. (collectively, the "Pacific Dunlop Holdings Entities"), and Appellee Exide Technologies, Inc., the above-captioned Reorganized Debtor, hereby stipulate and agree, and jointly seek relief under Fed. R. Civ. P. 60, as follows:

WHEREAS, the Bankruptcy Court orders and opinions which were the subject of the appeal in the case in this Court docketed as Civ. No. 05-561-SLR were each entered in the main bankruptcy case of the debtor, Exide Technologies, Inc., bankruptcy case no. 02-11125 (KJC), and were captioned with the main case caption, but were not entered in the bankruptcy adversary proceeding between these parties, bearing docket no. 04-51299 (KJC), and did not bear the adversary proceeding caption; and

WHEREAS, the Notice of Appeal from the Bankruptcy Court orders and opinions filed by Appellants was also filed only in the main bankruptcy case for Exide Technologies, Inc. and not in the adversary proceeding, and was captioned only with the main case caption; and

WHEREAS, in filing their respective briefs, the parties erroneously added the adversary proceeding caption, so that their briefs gave the appearance that the appeal arose from the adversary proceeding rather than the main case; and

WHEREAS, the District Court in turn adopted the combined main case and adversary proceeding caption in the Court's Memorandum Order dated March 22, 2007, from which further appeal is now being pursued by Appellants; and

WHEREAS, the parties jointly agree that the caption of the Court's Memorandum Order dated March 22, 2007 should appropriately be corrected, pursuant to Fed. R. Civ. P. 60, so as to remove the adversary proceeding caption portion of the caption, to wit, to remove the following:

| | | |
|---|---|---|
| PACIFIC DUNLOP HOLDINGS (EUROPE) LTD, *et al.*, | ) ) | |
| Appellants, | ) | Adv. Pro. No. 04-51299-KJC |
| v. | ) ) | |
| EXIDE HOLDING EUROPE, *et al.* | ) ; | |

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Reorganized Debtor, Exide Technologies, Inc., and the Pacific Dunlop Holdings Entities as follows:

1.   The Court's Memorandum Order dated March 22, 2007 shall be deemed modified as if it had been filed under the below caption, and without the adversary proceeding caption:

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11<br>Bky. No. 02-11125 (KJC) |
| EXIDE TECHNOLOGIES, INC., *et al.*, | ) ) | |
| Debtors. | ) ). | Civ. No.  05-561- SLR |

2

2.  This Stipulation shall become effective upon approval by the Court.

Dated: July _6_, 2007

| MORRIS JAMES LLP | PACHULSKI STANG ZIEHL YOUNG JONES & WEINTRAUB LLP |
|---|---|
| /s/ Brett D. Fallon | /s/ James E. O'Neill / by Curtis A. Hehn (with permission) |
| Brett D. Fallon (ID No. 2480) | Laura Davis Jones (ID No. 2436) |
| Douglas N. Candeub (ID No. 4211) | James E. O'Neill, III (ID No. 4042) |
| 500 Delaware Avenue, Suite 1500 | 919 North Market Street, 17th Floor |
| P.O. Box 2306 | P.O. Box 8705 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899-8705 |
| Telephone: (302) 888-6800 | Telephone: (302) 652-4100 |
| Facsimile: (302) 571-1750 | Facsimile: (302) 652-4400 |
| -and- | -and- |
| Linda Woolf | Benjamin Chew |
| Paula Krahn Merkle | Andrew Zimmitti |
| GOODELL, DEVRIES, LEECH & DANN, LLP | PATTON BOGGS LLP |
| One South Street, 20th Floor | 2550 M Street, NW |
| Baltimore, Maryland 21202 | Washington, DC 20037 |
| Telephone: (410) 783-4000 | Telephone: (202) 457-6000 |
| Facsimile: (410) 783-4040 | |
| Attorneys for Appellants | Attorneys for Appellee |

SO ORDERED:

_____
SUE L. ROBINSON,
UNITED STATES DISTRICT JUDGE