IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EXIDE TECHNOLOGIES, et al., | ) | Case No. 02-11125 (KJC) |
| | ) | |
| | ) | Civ. No. 05-561-SLR |
| Debtors. | ) | |

### AFFIDAVIT OF CASSANDRA D. LEWICKI, PARALEGAL

STATE OF DELAWARE   :
                    : SS:
NEW CASTLE COUNTY   :

I, Cassandra D. Lewicki, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on July 6, 2007, I caused service of the following:

**STIPULATION AND ORDER TO MODIFY CAPTION
TO THE COURT'S MEMORANDUM ORDER DATED
MARCH 22, 2007, PURSUANT TO FED. R. CIV. P. 60**

Service was completed upon parties on the attached list as indicated thereon.

Date: July 6, 2007

_____
Cassandra D. Lewicki

SWORN AND SUBSCRIBED before me this 6th day of July, 2007.

JOANNE M. SOUTHERS
Notary Public - State of Delaware
My Comm. Expires Feb. 13, 2009

_____
NOTARY
My commission expires: 2/13/09

1588716/1

| | |
|---|---|
| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
| Laura Davis Jones, Esq. | Benjamin Chew |
| James E. O'Neill, III, Esq. | Andrew Zimmitti |
| Pachulski Stang Ziehl Young Jones & Weintraub LLP | Patton Boggs LLP |
| 919 N. Market St., 17th Floor | 2550 M Street, NW |
| P.O. Box 8705 | Washington, DC  20037 |
| Wilmington, DE  19899-8705 | |

1588716/1