# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 07-2230

In re: Exide Technologies

To: Clerk

1) Joint Motion to Amend the Caption and for Leave to File Amended Notice of Appeal

---

The foregoing motion is granted in part. The caption will be amended to read as follows:

IN RE: EXIDE TECHNOLOGIES,
      REORGANIZED DEBTOR

PACIFIC DUNLOP HOLDINGS (USA) INC.; PACIFIC DUNLOP HOLDINGS (EUROPE) LIMITED; PD INTERNATIONAL PTY LIMITED; PACIFIC DUNLOP HOLDINGS (HONG KONG) LIMITED; PACIFIC DUNLOP HOLDINGS (SINGAPORE) PTE LIMITED,
      Appellants

To the extent Appellants seek leave to file an Amended Notice of Appeal, the motion is denied as denied as unnecessary.

For the Court,

/s/ Marcia M. Waldron
Clerk

A True Copy:

Marcia M. Waldron, Clerk

Dated: July 30, 2007
CLW/cc: Douglas N. Candeub, Esq.
      Brett D. Fallon, Esq.
      Benjamin G. Chew, Esq.
      Laura D. Jones, Esq.
      James E. O'Neill, III, Esq.
      Andrew Zimmitti, Esq.